UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| SCOTT M BEYERINK, | ) | |
| | ) | CASE NO. C07-3018 PAZ |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | JUDGMENT |
| | ) | IN A CIVIL CASE |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| MICHAEL J ASTRUE, | ) | |
| | ) | |
| Defendant. | ) | |

This matter came before the Court. The issues have been decided and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Commissioner's judgment is reversed, and this matter is remanded to the Commissioner for calculation and award of benefits.

DATED: February 14, 2008

Robert L. Phelps - Clerk

S/src
By: Deputy Clerk